# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
|  | (For a Petty Offense) — Short Form |
| v. | CASE NUMBER: 15-MJ-01007-MEH |
| JAIME CORTEZ-OLVIAN | PRO SE |

**THE DEFENDANT:** Pleaded guilty to count(s) of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 U.S.C. § 198 (c) | UNLAWFUL HUNTING | 10/18/2014 | 1 |
| 18 U.S.C. § 13; C.R.S. §33-6-124(1)(b) | HUNTING FROM A MOTOR VEHICLE | 10/18/2014 | 2 |
| 18 U.S.C. § 13; C.R.S. §33-6-104(1) | HUNTING WITH UNAUTHORIZED AMMUNITION | 10/18/2014 | 3 |
| 18 U.S.C. § 13; C.R.S. §33-6-125 | POSSESSION OF A LOADED FIREARM IN A MOTOR VEHICLE | 10/18/2014 | 4 |
| 18 U.S.C. § 13; C.R.S. §33-6-126 | DISCHARGING A FIREARM ACROSS A PUBLIC ROAD | 10/18/2014 | 5 |

Defendant sentenced to: one (1) year of unsupervised probation; must pay restitution of $2,000 to Rocky Mountain National Park; must attend a Live Hunter Education course; restitution and education course must be completed by 4/24/2016. Defendant must pay Special Assessments of $125.00 to the U.S. District Court Finance Office at 901 19th Street, Denver, CO by 4/24/2016. The defendant shall not commit any new federal, state, or local law violations during the probationary period.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

|  | Assessment | Fine | Processing Fee |
|---|---|---|---|
| Count one | $25.00 | $0.00 | $0.00 |
| Count two | $25.00 | $0.00 | $0.00 |
| Count three | $25.00 | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| Count Four | $25.00 | $0.00 | $0.00 |
| Count Five | $25.00 | $0.00 | $0.00 |
| **Total:** | $125.00 | $0.00 | $0.00 |

4/24/2015
Date of Imposition of Judgment

*/s/ Michael E. Hegarty*
Signature of Judicial Officer

Michael E. Hegarty, U.S. Magistrate Judge
Name & Title of Judicial Officer

4/28/2015
Date